UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States Securities and Exchange Commission, | : |
| Plaintiff, | : Civil Action No. 1:07cv4979 |
| v. | : Honorable Elaine E. Bucklo |
| Michael E. Kelly, et al., | : |
| Defendants, | : |

**ORDER ESTABLISHING FAIR FUND AND
TRANSFERING FUNDS TO A RELATED CRIMINAL
PROCEEDING FOR DISTRIBUTION**

The Court, having reviewed the Securities and Exchange Commission's ("Commission") Motion to Establish a Fair Fund and Transfer Funds to a Related Criminal Proceeding For Distribution and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. A Fair Fund is established pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002, as amended by the Dodd-Frank Act of 2010 [15 U.S.C. § 7246(a)], from the funds: (1) deposited with the Registry of the Court in this matter under the case name designation "*SEC v. Michael E. Kelly, et. al.*" pursuant to the Final Judgments entered in this case, plus interest earned on those funds, minus court registry fees and other fees and expenses; and (2) from the payments to the Commission submitted by the Defendants Michael P. Kelly, Donald L. Kelly, and Mark G. Meyer pursuant to their respective Final Judgments (the "Fund").

3. The Clerk of the Court shall transfer the funds presently in the Registry of the Court account in this matter to the Registry of the Court account for the related criminal proceeding, *US v. Michael E. Kelly*, No. 1:12-cr-00875 (N.D. Ill. 2012), for distribution by the Special Master in that case.

4. The Commission shall transfer all funds currently held at the Commission in this matter to the Registry of the Court account for the related criminal proceeding, *US v. Michael E. Kelly*, No. 1:12-cr-00875 (N.D. Ill. 2012), for distribution by the Special Master in that case.

5. Any future funds that the Commission may collect pursuant to judgments entered in this case are to be transferred to the Registry of the Court account for the above-referenced criminal proceeding for distribution, without further order of this Court.

**SO ORDERED.**

**Dated: September 30, 2016**

_____
**UNITED STATES DISTRICT JUDGE**